**6**

**James E. WARREN, Appellant, v. UNITED STATES, Appellee.**

(Circuit Court of Appeals, Eighth Circuit. December 15, 1926.)

No. 7437.

Appeal from the District Court of the United States for the Western District of Oklahoma.

W. L. Cunningham, of Arkansas City, Kan., for appellant.

Roy St. Lewis, U. S. Atty., and William P. Kelley, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee.